Jesse Wing, WSBA #27751
JesseW@mhb.com
Katherine C. Chamberlain, WSBA #40014
KatherineC@mhb.com
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
206-622-1604

Hon. Robert H. Whaley

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S OFFICE; OZZIE KNEZOVICH, individually and in his capacity as Spokane County Sheriff; JOANNE LAKE, in her official and individual capacity; LYNETTE BROWN, in her official and individual capacity,<br><br>Defendants. | No. CV-11-029-RHW<br><br>PLAINTIFF'S MOTION TO STRIKE HEARING ON MOTION FOR PRELIMINARY INJUNCTION |

In response to Plaintiff's Motion for Preliminary Injunction, on the date that their brief was due Defendants changed their mail policies. Accordingly, Plaintiff withdraws its Motion for preliminary relief.

PLAINTIFF'S MOTION TO STRIKE HEARING ON MOTION FOR PRELIMINARY INJUNCTION - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9870.02 cb230902

1  DATED this 23rd day of February, 2011.

2                               MacDONALD HOAGUE & BAYLESS

3

4                  By: _____

5                      Jesse Wing, WSBA # 27751
                    JesseW@mhb.com

6                      Katherine C. Chamberlain, WSBA #40014
                    KatherineC@mhb.com

7                      Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

PLAINTIFF'S MOTION TO STRIKE HEARING ON MOTION FOR PRELIMINARY INJUNCTION - 2

9870.02 cb230902

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled PLAINTIFF'S MOTION TO STRIKE HEARING ON MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Counsel for All Defendants:</u>

Robert B. Binger
rbinger@spokanecounty.org
Sr. Deputy Prosecuting Attorney
Spokane County Prosecuting Attorney's Office
W. 1115 Broadway, 2nd Floor
Spokane, WA  99260
Phone:  509/477-2881
Fax:  509/477-3672

DATED this 23rd day of February, 2011, at Seattle, Washington.

*/s/ Brina Carranza*
Brina Carranza, Legal Assistant

PLAINTIFF'S MOTION TO STRIKE HEARING ON MOTION FOR PRELIMINARY INJUNCTION - 3

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9870.02 cb230902