UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRISON LEGAL NEWS,<br><br>    Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, *et al.*,<br><br>    Defendants, | NO. CV-11-029-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE** |

Before the Court is Plaintiff's Motion to Strike Hearing on Motion for Preliminary Injunction (ECF No. 29). Plaintiff moves to withdraw its Motion for Preliminary Injunction and strike the hearing set for that Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Strike Hearing on Motion for Preliminary Injunction (ECF No. 29) is **GRANTED**.

2. Plaintiff's Motion for Preliminary Injunction (ECF No. 3) and the hearing set for April 7, 2011, are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 22nd day of March, 2011.

                      *s/Robert H. Whaley*
                      ROBERT H. WHALEY
                      United States District Court

Q:\CIVIL\2011\Prison Legal News\strike.ord.wpd

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE** * 1