UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PRISON LEGAL NEWS,

    Plaintiff,

v.

SPOKANE COUNTY, *et al.*,

    Defendants,

NO. CV-11-029-RHW

**ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT,** *INTER ALIA*

Before the Court are Motions for Partial Summary Judgment filed by both the Plaintiff (ECF No. 36) and Defendants (ECF No. 40). Also pending are Plaintiff's Motion to Strike and Supplement to Rule 56 (ECF No. 72) and Motion to Expedite (ECF No. 76). The Court heard oral argument on June 16, 2011. Present for Plaintiff were Jesse Wing and Katherine Chamberlain; Robert Binger appeared on behalf of Defendants.

The Court determines there are material questions of fact with regard to Defendants' mootness claim, and it therefore denies their Motion for Partial Summary Judgment. Plaintiff may conduct limited discovery and will hold an evidentiary hearing on September 1, 2011, to dispose of the issue. The Court also denies Plaintiff's Motion for Partial Summary Judgment as to its claim for prospective relief, and reserves ruling on the remaining claims until the parties brief the standing question, as discussed at oral argument.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment (ECF No. 40) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (ECF No. 36) is **DENIED in**

**ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT,** *INTER ALIA* \* 1

1 **part**.

2     3. Plaintiff's Motion to Strike and Supplement (ECF No. 72) is **GRANTED
in part and DENIED in part**. The Court will not strike Defendants' affidavits but
will permit Plaintiff additional discovery. Plaintiff's Motion to Expedite (ECF No.
76) is **DENIED**, as moot.

    4. The parties shall confer by June 24, 2011, regarding Plaintiff's outstanding
discovery requests. The Court will tentatively set a telephonic conference on **June 30,
2011**, at **8:00 a.m.** to discuss any discovery disputes. The parties shall contact
chambers prior to the hearing to inform the Court whether it is necessary.

    5. Defendants shall submit their brief on the standing issue on or before **June
24, 2011**. Plaintiff shall submit its response on or before **July 1, 2011**. Any reply
shall be filed on or before **July 8, 2011**.

    6. A hearing shall be set for **September 1, 2011**, at **8:30 a.m.**, in Spokane,
Washington. The Court will hear argument and evidence about both the mootness
issue and possible damages. If either party seeks to bifurcate this hearing, it should
submit a motion to the Court.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this
Order and to provide copies to counsel.

    **DATED** this 16th day of June, 2011.

    *s/Robert H. Whaley*
    ROBERT H. WHALEY
    United States District Court

Q:\aCIVIL\2011\Prison Legal News\sjandschedule.ord.wpd

**ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT,
*INTER ALIA* \* 2**