UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRISON LEGAL NEWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPOKANE COUNTY, *et al.*,<br><br>　　　　Defendants, | NO. CV-11-029-RHW<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE AND ORDER ENJOINING VIOLATIONS THEREOF** |

Before the Court is the parties' Stipulated Motion for Entry of Consent Decree and Order Enjoining Violations Thereof (ECF No. 102). This motion was heard without oral argument. The parties have stipulated to an entry of judgment consistent with the Consent Decree appended to this Order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Joint Motion for Entry of Consent Decree (ECF No. 102) is **GRANTED**. The Court hereby enjoins conduct as described in the decree.

2. The Motion to Expedite (ECF No. 105) is **DENIED, as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

DATED this 3rd day of August, 2011.

　　　　　　　　　　　　　　　　/s/ Robert H. Whaley
　　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　　　United States District Judge

Q:\aCIVIL\2011\Prison Legal News\consent decree.ord.wpd

**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE AND ORDER ENJOINING VIOLATIONS THEREOF \* 1**